IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Willie Porter
Plaintiff(s),

v.

Wal-Mart Inc., and Wal-Mart Stores East, LP
Defendant(s)

Case No. 3:25-cv-01480
**JURY DEMAND**

# CERTIFICATE OF CITIZENSHIP AND
# BUSINESS DISCLOSURE FOR WAL-MART STORES EAST LP

(Disclosure of corporate affiliates, business entity citizenship, and financial interests)

**Jurisdiction of this federal court is based on diversity of citizenship under 28 U.S.C., Section 1332(a). Therefore, pursuant to Fed. R. Civ. P. 7.1 and Local Rules, Wal-Mart Stores East, LP makes the following disclosure of Wal-Mart Stores East, LP's Citizenship and Business Disclosure of financial interests.**

**INSTRUCTIONS: Check the applicable blank or blanks and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

1. This party or intervenor is an individual, who resides in _____.

2. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____ with a principal place of business in the state of _____.

3. This party or intervenor is a privately held corporation, incorporated in the state of _____ with a principal place of business in the state of _____. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

   _____

   _____.

4. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

   __X__ YES     ____ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

5. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

1

___ YES  X  NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____
_____.

6. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

___ YES  X  NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

7. Is this party or intervenor a limited liability company or limited liability partnership?

___ YES  X  NO

If the answer is YES, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins Grp.*, LLC, 585 F.3d 1003 (6th Cir. 2009).

8. Is this party or intervenor an unincorporated association or entity?

____YES, this party or intervenor is a _____.    X  NO

If the answer is YES, identify **on attached page(s)** the members of the entity and the member's state of citizenship. If any member is not an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

9. Is this party or intervenor a trust?
___ YES  X  NO

**Any additional pertinent information must also be provided on attached page(s).**

Date: December 23, 2025          Signature: s/Greg Callaway

                                 Printed name: Greg Callaway

                                 Title: Attorney for Defendants

## Certificate of Service

   I certify that a copy of the foregoing was served via ECF upon **grosania@injurylawyers.com** and cthompson@injurylawyers.com upon Giovanni Rosania and Christopher Thompson, Steinger, Greene & Feiner, LLP, 3102 West End Ave., Suite 1050., Nashville, TN 37203, on this 23rd day of December, 2025.

                                                          s/ Greg Callaway